NUMBER 13-01-562-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________


CENTRAL POWER & LIGHT COMPANY , Appellant,


v.


CITY OF EDINBURG, ON BEHALF OF ITSELF

AND OTHER SIMILARLY-SITUATED CITIES, Appellees.

________________________________________________________________


On appeal from 92nd District Court 

of Hidalgo County, Texas.

________________________________________________________________

 

O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez 

Opinion Per Curiam

 

Appellant, Central Power and Light Company, perfected an appeal from a judgment entered by the 92nd District Court of
Hidalgo County, Texas, in cause number C-1149-01-C. After the appeal was abated pending settlement negotiations, the
parties filed a joint and agreed motion to dismiss in aid of settlement. In the motion, the parties state that they have entered
into a settlement agreement and all appropriate funds are currently being disbursed. The parties request that this appeal be
dismissed in aid of settlement.

The Court, having considered the documents on file and the joint and agreed motion to dismiss in aid of settlement, is of
the opinion that the appeal should be reinstated and the motion should be granted. The appeal is hereby reinstated. The
joint and agreed motion to dismiss in aid of settlement is granted. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 4th day of April, 2002.